FILED
U.S. DISTRICT COURT
NEW ALBANY DIVISION

16 OCT 19 PM 3:44

# United States District Court

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**SAMUEL T. GREGG**

## CRIMINAL COMPLAINT

CASE NUMBER: 4:16-mj-53 - VTW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about December 3, 2015, in Clark County, in the Southern District of Indiana, SAMUEL T. GREGG did by force and violence, or by intimidation take from the person or presence of another money belonging to or in the care, custody, control, management, or possession of, any bank to wit the First Savings Bank located at 2113 Allison Lane, Jeffersonville, Indiana:  Said institutions deposits being insured by the FDIC.   In violation of Title 18, United States Code, Section 2113(a).

Count Two: On or about October 17, 2016, in Clark County, in the Southern District of Indiana, SAMUEL T. GREGG did by force and violence, or by intimidation take from the person or presence of another money belonging to or in the care, custody, control, management, or possession of, any bank to wit the First Savings Bank located at 202 East Court Avenue, Jeffersonville, Indiana:  Said institutions deposits being insured by the FDIC.   In violation of Title 18, United States Code, Section 2113(a).

Count Three:  On or about December 3, 2015, in Clark County, in the Southern District of Indiana, SAMUEL T. GREGG during and in relation to the crime of violence of bank robbery as charged in Count 1, said crime being punishable by a court of the United States, did possess in furtherance of that crime a firearm.   In violation of Title 18, United States Code, Section 924(c).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_Ronald A. _____
Special Agent Ronald Hornback Jr., FBI

**Sworn to before me, and subscribed in my presence**

October 19, 2016
**Date**

at    New Albany, Indiana

Van T. Willis, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_U__ W____
**Signature of Judicial Officer**

## AFFIDAVIT

I, RONALD A. HORNBACK JR. ["AFFIANT"], being duly sworn according to law, depose and state as follows:

1.      I make this affidavit in support of an application for an arrest warrant for Samuel T. Gregg on the charges of bank robbery in violation of Title 18 U.S.C. Section 2113(a) and possession of firearm in furtherance of a crime of violence in violation of Title 18 U.S.C. Section 924(c) and in support thereof, I state the following:

2.      I am a Special Agent with the Federal Bureau of Investigation, (hereinafter "FBI"), and have been since August 2014.  I have gained experience through the FBI's New Agent Training Academy and have received training and guidance from Senior Agent's in the area of Hobbs Act related cases.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The following facts are based upon my participation in this investigation as well as discussions with other members of the FBI and officers of the Jeffersonville Indiana Police Department.

### Facts Establishing Probable Cause

4.      On July 1, 2015, Indianapolis Police Department investigated a robbery committed at Huntington Bank at 3633 Kentucky Ave, Indianapolis, Indiana.  The perpetrator of that robbery was described as a white male with dark hair, glasses, believed to be in his forties. The suspect was seen wearing a long sleeved blue button up shirt, khaki pants, and brown shoes. He presented a note to the bank teller that indicated he was armed and demanded cash.  After retrieving the money, he fled the bank.

5.      On September 29, 2015, Terre Haute Police Department investigated a robbery committed at Fifth Third Bank at 1451 Fort Harrison Road, Terre Haute, Indiana. The perpetrator of that robbery was described as a white male with dark hair, glasses, 5'6" to 5'8", believed to be in his forties. The suspect was seen wearing a long sleeved blue button up shirt, khaki pants, and tan shoes. He presented a note to the bank teller that demanded cash. He brandished a small silver handgun. After retrieving the money, he fled the bank.

6.      On December 3, 2015, Jeffersonville Police investigated a bank robbery committed at First Savings Bank at 2213 Allison Lane, Jeffersonville, Indiana. The perpetrator of the robbery was described as a white male, in his late forties to early fifties, with glasses. He was seen wearing a tan cap, blue button up shirt, a dark jacket, blue jeans, and tan shoes. He presented a note to the bank teller demanding cash. He brandished a small silver handgun. After receiving the money, he fled the bank.

7.      On February 23, 2016, Schererville Police investigated a bank robbery committed at Chase Bank located at 1801 Kennedy Ave, Schererville, Indiana. The perpetrator of the bank robbery was described as a white male, in his forties, 5'7" to 5'8", brown hair. He was seen wearing a blue Cubs cap, glasses, a blue tee shirt, blue jeans, and a dark zippered sweater. He presented a note to the bank teller demanding cash, he brandished a silver two-shot handgun. After retrieving the money, he fled the bank.

8.      On March 10, 2016, Jeffersonville Police department investigated a second robbery at the same First Savings Bank located at 2213 Allison Lane, Jeffersonville, Indiana. The perpetrator of the robbery was described as a white male, heavyset, 5'8", in his forties. He was wearing a dark button up shirt. Neck tie, glasses, tan hat, and brown shoes. He presented a

note to the bank teller demanding cash. He brandished a small silver handgun. After retrieving the money, he fled the bank.

9.    On June 30, 2016, Indian State Police investigated a bank robbery at Farmers First Bank located at US Hwy 40, Farmersburg, Indiana. The perpetrator was described as a white male, heavyset, wearing glasses, a cap, a dark button up shirt, and blue jeans. He approached the bank teller and presented a note demanding cash. He brandished a small silver handgun. After retrieving the money, he fled the bank. Further investigation by Indiana State Police discovered a nearby business maintained a security camera on the outside of their building. Detective Angie Hahn observed the perpetrator immediately after the robbery approach a white 2016 Nissan Altima operated by a white female with blond hair. He entered the passenger side of the vehicle and the vehicle fled the area. The video also shows prior to the perpetrator's arrival at the vehicle, the female is observed using a mobile phone.

10.    On October 7, 2016, Illinois State Police investigated a bank robbery at Midland State Bank located at 300 West Madison Street, Farina, Illinois. The perpetrator was described as a white male 5'6", 200lbs, with black hair, wearing a plaid jacket, green baseball hat, and blue jeans. He presented a handgun and demanded cash. After retrieving the money, he fled the bank.

11.    On October 17, 2016, at approximately 2:20PM, Jeffersonville Police investigated a bank robbery at First Savings Bank located at 202 East Court Ave, Jeffersonville, Indiana. The perpetrator was described as a white male, 5'6" to 5'9", heavyset, with dark hair, appearing to be in his forties. He was seen wearing a long sleeved blue button up shirt with the cuffs folded up, a green baseball cap, dark pants, and tan shoes. He approached the bank teller and presented a note indicating he was armed and demanded cash. After retrieving the money, including five

$20 US "bait bills," he fled the bank. During the investigation, video surveillance recordings were obtained from Big 4 Station, a nearby park. The recordings show a white 2016 Nissan Altima operated by a white male with dark hair and a long sleeved blue button up shirt with the cuffs folded up. The vehicle drives past the park bearing a Kentucky license plate 955VLL, at 2:02PM. Additional video recordings obtained during the investigation identify the same vehicle traveling south on Spring Street toward the bank at approximately 1:52PM and the same camera shows the same vehicle traveling north on Spring Street at 2:25PM. A search of Kentucky BMV records found the 2016 Nissan Altima registered to Hertz Car Rental.

12.    Records obtained from Hertz showed the vehicle was rented to Samuel Gregg of 1315 S Reisner Street, Indianapolis, Indiana. The vehicle was rented from the Indianapolis Airport branch of Hertz on September 9, 2016. A search of BMV records found a license photo and physical descriptors of Samuel Gregg. He matches the appearance of the individual that robbed the above described banks. His physical descriptors show that he is 5'8", 240lbs, with brown hair. Law Enforcement Officers located the white 2016 Nissan Altima parked in front of Gregg's address at 1315 S Reisner Street, Indianapolis, Indiana.

13.    On October 18, 2016, an Indiana Judge from Clark County issued a search warrant for the residence of 1350 South Reisner Street, Indianapolis, Indiana. Your affiant and other law enforcement officers executed the search the evening of October 18th into the morning of October 19th. During the execution of the search warrant, Samuel Gregg was located and after being provided with his Miranda warnings, he agreed to speak with members of law enforcement.

14.    In a recorded statement, Samuel Gregg confessed to robbing the financial institutions on the dates and times described in this Affidavit. Samuel Gregg further confessed to

using the firearm and note as **described** above.  During the search law enforcement located, among other things, the firearm described above, the note described above and bait bills from the October 17th robbery of the First Savings Bank in Jeffersonville, Indiana.

15.    All of the above institutions including the First Savings Bank have their deposits insured by the Federal Deposit Insurance Corporation.

**Federal Law**

16.     Title 18 U.S.C. Section 2113(a) makes it illegal to by force and violence, or by intimidation takes, or attempts to take, from the person or presence of another … any property or money…in the care, custody, control, management, or possession of, any bank.

17.     Title 18 U.S.C. Section 924(c) makes it illegal to during and relation to any crime of violence…for which the person may be prosecuted in a court of the United States use or carry a firearm, or who, in furtherance of any such crime, possess a firearm.

FURTHER YOUR AFFIANT SAITH NOT

Ronald Hornback Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me the 19th day of October, 2016.

Van T. Willis
United States Magistrate Judge
Southern District of Indiana